# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD CREST, LLC, a California LLC,<br><br>Plaintiff(s)<br>v.<br>PROJECT LIGHT, LLC, an Ohio LLC; and DOES 1-10 inclusive;<br><br>Defendant(s) | CASE NUMBER<br><br>2:19-cv-6982-RGK (Ex)<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Project Light, LLC         ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Enoch Liang and Dat Nguyen of LTL ATTORNEYS LLP who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

300 South Grand Ave., 14th Floor
*Street Address*

Los Angeles, CA 90071                        enoch.liang@ltlattorneys.com
*City, State, Zip*                                    *E-Mail Address*

213-612-8900            213-612-3773            212324; 280755
*Telephone Number*         *Fax Number*            *State Bar Number*

as attorney of record instead of Kevin G. McBride and Brock F. Wilson of Akin Gump Strauss
Hauer & Feld LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby  ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated DEC 23 2019                                  /s/ Gary Klausner
                                                U. S. District Judge / U.S. Magistrate Judge